# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | | |
|---|---|---|
| **Debtor:** | JEFFREY ALAN & SUZANNE ELIZABETH CANNON | |
| **Case Number:** | 18-05153-RLM-13 | **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 30, 2018 10:00 AM   IP 329 | |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY | |
| **Courtroom Clerk:** | KRISTIN GOSS | |
| **Reporter / ECR:** | MICHELLE DOLE | |

### *Matter:*

Hearing Re:  Trustee's Objection to Debtor's Amended Plan   [25] [32]

**R / M #:**   0 / 0

### *Appearances:*

JULIA LEAVITT, TRUSTEE

### *Proceedings:*

Disposition:  Hearing held.  Objection sustained.  Debtor to to file 2013 Federal taxes or an objection to IRS claim within 30 days, along with amended schedule A/B, I, J and amended plan.  FAILURE TO DO SO WILL RESULT IN THE CASE BEING DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**

10/30/2018   3:45:33PM