# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JEFFREY ALAN & SUZANNE ELIZABETH CANNON |
| **Case Number:** | 18-05153-RLM-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 09, 2019 10:00 AM   IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

Hearing on Trustee's Objection to Confirmation of Amended Plan [50] [58]

**R / M #:**   0 / 0

**VACATED:**   Amended plan filed 4/1/19

## Appearances:

NONE

## Proceedings:

VACATED: Amended plan filed 4/1/19

IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.